

04/13/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TENLEY MCLAUGHLIN GOOD,

       Plaintiff,

v.

BIOLIFE PLASMA SERVICES, L.P.,

       Defendant.

_____/

Case No. 1: 18-cv- 11260

Honorable Thomas L. Ludington
United States District Judge

## JURY VERDICT FORM

We, the jury, find that the following questions should be answered as indicated:

1.     Was BioLife Plasma Services negligent?

     YES ___X___               NO _____

**If you answered "YES" to Question 1, then proceed to Question 2.**

**If you answered "NO" to Question 1, then proceed to the end of the Verdict Form and have the Jury Foreperson sign and date the form.**

04/12/23

2.      Was BioLife's negligence a proximate cause of one or more of the injuries claimed

by Ms. Good?

YES  ___X___                              NO  _____

**If you answered "YES" to Question 2, then proceed to Questions 3.**

**If you answered "NO" to Question 2, then proceed to the end of the Verdict Form and have**

**the Jury Foreperson sign and date the form.**

3.      Was Ms. Good negligent?

YES  ___X___                              NO  _____

**If you answered "YES" to Question 3, then proceed to Question 4.**

**If you answered "NO" to Question 3, then proceed to Question 6.**

4.      Was Ms. Good's negligence a proximate cause of one or more of the injuries she

claims?

YES  ___X___                              NO  _____

**If you answered "YES" to Question 4, then proceed to Question 5.**

**If you answered "NO" to Question 4, then proceed to Question 6.**

- 2 -

04/12/23

5.      Using 100 percent as the total, and considering the nature of the conduct and the extent to which each party's conduct caused or contributed to Ms. Good's injury, enter the percentage of fault attributable to each party:

BIOLIFE: 20 %                    MS. GOOD: 80 %

**If you determined that Ms. Good was 50% or less at fault, proceed to Question 6.**

**If you determined that Ms. Good was more than 50% at fault, proceed to Question 8.**

6.      If you find that Ms. Good has sustained noneconomic damages for pain and suffering, mental anguish, denial of social pleasures and engagement, and the loss or impairment of hearing, what is the total amount of noneconomic damages to the present date?

AMOUNT: $_____

**Proceed to Question 7.**

7.      If you find that Ms. Good is reasonably certain to sustain noneconomic damages in the future for pain and suffering, mental anguish, and the loss or impairment of hearing, what is the total amount for each year in which you find Ms. Good will incur damages?

2023: $_____            2024: $_____

- 3 -

04/12/23

2025: $_____        2026: $_____

2027: $_____        2028: $_____

2029: $_____        2030: $_____

2031: $_____        2032: $_____

2033: $_____        2034: $_____

2035: $_____        2036: $_____

2037: $_____        2038: $_____

2039: $_____        2040: $_____

2041: $_____        2042: $_____

2043: $_____        2044: $_____

2045: $_____        2046: $_____

2047: $_____        2048: $_____

2049: $_____        2050: $_____

2051: $_____        2052: $_____

2053: $_____        2054: $_____

2055: $_____        2056: $_____

2057: $_____        2058: $_____

2059: $_____        2060: $_____

2061: $_____        2062: $_____

2063: $_____        2064: $_____

2065: $_____        2066: $_____

2067: $_____        2068: $_____

2069: $_____        2070: $_____

04/12/23

2071: $_____        2072: $_____

2073: $_____        2074: $_____

**Proceed to Question 8.**

8.    If you find that Ms. Good has sustained economic damages for medical expenses,

what is the total amount of economic damages to the present date?

AMOUNT: $ 24,713

**Proceed to the end of the Verdict Form and have the Jury Foreperson sign and date the form.**

4/14/2023

Date

s/Jury Foreperson

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

- 5 -